76C01-2102-CT-000038

Steuben Circuit Court

Filed: 2/5/2021 5:52 PM
Clerk
Steuben County, Indiana

| STATE OF INDIANA | ) | IN THE STEUBEN SUPERIOR/CIRCUIT COURT |
| --- | --- | --- |
| | ) §: | |
| COUNTY OF STEUBEN | ) | CASE NO. |

In Re:
JOHN WANNEMACHER, )
260 LN 140 Lage George )
Fremont, IN 46737 )
)
And )
)
JUDY WANNEMACHER )
260 LN 140 Lage George )
Fremont, IN 46737 )
    Plaintiffs )
)
Vs )
)
WAL-MART STORES EAST, INC )
708 SW 8th St )
Bentonville, AR 72716 )
c/o CT Corporation System, Registered Agent
334 N Senate Ave )
Indianapolis, IN 46204 )
    Defendant )

## COMPLAINT WITH JURY DEMAND
## AND REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES Plaintiffs, John Wannemacher and Judy Wannemacher, through counsel, and for their cause of action, now state and aver as follows:

### COUNT ONE

1.    Plaintiffs, John Wannemacher and Judy Wannemacher are residents of Fremont, Steuben County, Indiana both currently and at the time of the incident upon which this complaint is based.

2.    Defendant, Wal-mart Stores East, Inc., is a corporation doing business in Indiana and with a business location in Angola, County of Steuben, State of Indiana, which is open to the public for the selling of wares.

EXHIBIT A

3. All occurrences and incidents which constitute the basis of this cause of action, occurred in Steuben County, Indiana

4. On or about February 8, 2019, Plaintiff John Wannemacher, was walking through the entryway of the Defendant's business location located at 2016 North Wayne St., Angola, Indiana, intending upon shopping for purchases in said establishment.

5. Upon approaching the inner entrance to the store, the Defendant slipped or tripped over a metal strip dividing differing surfaces of the entryway. The Defendant fell onto the floor, in an uncontrolled manner and struck his head and back onto the tiled floor. Defendant lost consciousness. The Defendant was assisted to an ambulance and received treatment at the local Cameron hospital.

6. At the time of the accident, this location was being subjected to weather consisting of mixed winter precipitation with high winds. The entryway was quite wet and slippery from said precipitation. The floor was devoid of mats, or other floor coverings. Signs, cones, or other warning indicators of the slippery conditions were not present.

7. Defendants' inaction in failing to provide a safe walking surface and failing to provide warnings of the danger, were negligent and in disregard of their duties to their patrons.

8. The dangerous conditions of the entryway were the proximate cause of the Plaintiff's fall and resulting medical injuries. Said conditions were foreseeable and preventable.

9. Subsequent investigation of the entryway conditions indicated that it was not being properly maintained and was in need of repair.

10. As a result of this accident, Plaintiff sustained serious medical injuries to his head, neck, back, and knees. The Defendant was subsequently diagnosed with a severe concussion, cracked vertebrae, and torn meniscus to the knee.

11. Mr. Wannemacher suffered immediate neurological and cerebral problems which affected his cognitive functions and his memory, as well as headaches and other confusion. Despite medical treatment, the Plaintiff continues to suffer from headaches, memory loss, balance problems, and other cognitive dysfunction as a result of the injuries sustained in this accident. The defendant further has suffered significant pain and suffering as a result of the injuries throughout his body and particularly his knee, back and neck areas.

12. As a result of the accident, Mr. Wannemacher has suffered a total physical disability for an extended period of time. He will continue to have some degree of disability as a direct result of the injuries sustained from the accident, which is believed to be of a permanent nature.

13. As a further result of the above related injuries, Plaintiff has incurred medical bills, and other related costs, and will continue to incur medical bills and related costs for the rest of his life.

14. As a further result of the injuries he sustained in the accident, Plaintiff has been unable to perform his normal duties, both personal and employment related, has incurred lost income and a loss in general enjoyment of life.

15. As a further result of direct result of the accident, the Plaintiff suffered damage and loss of personal property including a Longines watch valued at $3,500.

## COUNT TWO

16. Plaintiff, Judy Wannemacher, reincorporates each of the allegations contained in Count one is if fully written and rewritten.

17. At the time of the above accident and during all times relevant thereafter, Judy Wannemacher was legally married to plaintiff John Wannemacher, which parties continuously have lived together as husband and wife.

18. As a direct result of the injuries and disabilities sustained, to John Wannemacher, Judy Wannemacher was left without the full use of husband's services and those duties normally associated with a spouse, including normal companionship and consortium. The parties were forced to change the normal lifestyle accordingly.

WHEREFORE, Plaintiff John Wannemacher demands judgment against the Defendant Wal-mart Stores East, Inc., for the maximum amount permitted and determined by law to fully compensate him, as well as his costs incurred in this action and any further relief warranted. Plaintiff Judy Wannemacher demands judgment against the Defendant for the maximum amount permitted and determined by law to fully compensate her and her costs incurred.

Brian W. Kaiser
Attorney for John Wannemacher and
Judy Wannemacher
425 N. Wayne St.
Angola, IN 46703
(260) 665-8040
ID #12093-98

## DEMAND FOR JURY

Plaintiffs hereby demand a trial by jury as to all issues in this action.

Brian W. Kaiser
Attorney for Plaintiffs

## REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes the Plaintiffs, through counsel, and request that Defendant produce copies of all declaration statements from relevant insurance policies involved in this incident, showing said policy coverage in limitations.

The Plaintiffs now request copies of any and all insurance policies that may be applicable to allegations and claims contained in this complaint as well as any and all statements of Plaintiffs given to Defendant and its agents, relevant to the allegations and claims of the complaint.

Plaintiff further requests copies of all audio and video recordings that may pertain to the accident, including all store video showing the accident itself.

Brian W. Kaiser
Attorney for John Wannemacher and
Judy Wannemacher
425 N. Wayne St.
Angola, IN 46703
(260) 665-8040
ID #12093-98